### 17457. LESTER *v.* THE STATE.

BLOODWORTH, J. Under the principles announced in *Varner* v. *State,* 110 *Ga.* 595 (36 S. E. 93), and *Chambers* v. *State,* 23 *Ga. App.* 1 (97 S. E. 274), and the cases cited therein, the evidence failed to show the guilt of the accused, and a new trial should have been granted.

> *Judgment reversed. Broyles, C. J., and Luke, J., concur.*

> DECIDED AUGUST 4, 1926.

Accusation of unlicensed conduct of business as emigrant agent; from city court of Gray—Judge Barron. May 29, 1926.

*R. D. Feagin, C. A. Glawson,* for plaintiff in error.

*Guy L. Anderson, solicitor, J. B. Jackson,* contra.

---

Criminal Law, 16 C. J. p. 1180, n. 70.

---

### 17465. FINKLIN *v.* THE STATE.

BROYLES, C. J. The motion for a new trial was based upon the usual general grounds only. The verdict was amply authorized by the evidence, and the refusal to grant a new trial was not error.

> *Judgment affirmed. Luke and Bloodworth, JJ., concur.*

> DECIDED AUGUST 4, 1926.

Involuntary manslaughter; from Chatham superior court— Judge Meldrim. April 23, 1926.

*W. H. Bedgood,* for plaintiff in error.

*Walter C. Hartridge, solicitor-general,* contra.

---

Criminal Law, 16 C. J. p. 1180, n. 74.